```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 06352
  NANCY A GRAY
                                                  CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-0133
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/23/05 and confirmed on 04/14/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   3240.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CAPITAL ONE FINANCIAL | UNSECURED | 858.12 | .00 | 144.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1476.15 | .00 | 247.97 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1790.97 | .00 | 300.85 |
| CAPITAL ONE FINANCIAL | UNSECURED | 993.72 | .00 | 166.93 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 928.13 | .00 | 155.91 |
| NICOR GAS | UNSECURED | 454.57 | .00 | 76.36 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1201.21 | .00 | 201.78 |
| TRG | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2347.29 | .00 | 394.30 |
| B FIRST LLC | UNSECURED | 4913.60 | .00 | 825.40 |

       Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 14963.76 | .00 | 14963.76 |
| PRINCIPAL PAID | .00 | .00 | 2513.65 | .00 | 2513.65 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2513.65 | .00 | 2513.65 |

The Debtor's attorney, MATTHEW M LITVAK ESQ           , was allowed $   800.00
and was paid $    206.00   direct and $    594.00   through the plan.

The Trustee received $     132.35 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 07/18/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```